AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

FILED by ______ D.C.

OCT - 1 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

United States of America
v.
Donna Rose Angelo

Case No. 12-8391-JMH

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 5, 2012 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 111(a)(1) and (b) | the defendant did forcibly assault and inflict bodily injury upon BT, a U.S. Postal Service City Letter Carrier and an employee of the United States, while engaged in or on account of the performance of BT's official duties. |

This criminal complaint is based on these facts:

See attached affidavit of Postal Inspector Johnny Niedzwiedski

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Postal Inspector Johnny Niedzwiedski
*Printed name and title*

I find probable cause

Sworn to before me and signed in my presence.

Date: 10/01/2012

[signature]
*Judge's signature*

City and state: West Palm Beach, Florida

U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

**AFFIDAVIT**
**Case No. 12-8391-JMH**

I, Johnny D. Niedzwiedzki, being duly sworn, depose and state that:

1. I am a Postal Inspector with the U. S. Postal Inspection Service. I am currently assigned to the West Palm Beach Postal Inspection Service office. I have been a Postal Inspector since January 2, 1999, and, as such, have participated in the investigation of numerous criminal matters, including enforcing the primary mission of the Postal Inspection Service to protect the Postal Service's employees and infrastructure. In addition, on the basis of my training and experience, I am aware that United States City Letter Carriers are legally considered "employees of the United States or . . . any agency of any branch of the United States government" as defined under Title 18, United States Code, Section 1114.

2. I submit this affidavit based on information supplied to me by Postal Inspectors, Police Officers, the review of documents and records as well as statements of witnesses. The information contained in this affidavit does not account for all information known about this case, just the facts relevant to the felonious criminal act.

3. On September 5, 2012, at approximately 11:00 AM, I received a phone call from a Postal Official advising me that City Letter Carrier Bruce Tabano (hereinafter "the Carrier") had been assaulted while in the performance of his official duty. The Postal Official stated the attack occurred on the cross streets of N. Ridge Drive and Flamingo Drive in Lantana, FL. The Postal Official also advised me the Carrier contacted police, via 9-1-1, and a Lantana Police Department (PD) Officer, later identified as Thomas Dipolito, was being dispatched to the scene.

4. Upon arrival and initial contact with Lantana PD Officer Dipolito, I was advised the Carrier was sitting in his postal vehicle when a female came up to the carrier and punched him in the face. Officer Dipolito was in the process of interviewing a witness, who later affirmed

the Carrier was attacked by a woman who is known to live across the street. The witness stated the woman was overheard verbally abusing and observed physically striking the Carrier with both hands. Officer Dipolito stated he was aware of a possible offender in the area who matched the description of the Carrier's assailant, and a prior history of contacts with law enforcement. I also confirmed that the assault conducted on the Carrier occurred in the vicinity of N. Ridge Drive and Flamingo Drive, City of Lantana, which I know to be physically located within Palm Beach County and the Southern District of Florida.

5. Officer Dipolito obtained a sworn written statement from the Carrier, who reported he was preparing his mail for delivery on Flamingo Drive and when he turned to get out of the vehicle he was surprised to notice a woman blocking his exit from the [postal vehicle] door. The Carrier stated the woman said, "Give me that". As the Carrier turned away and back to ask for clarification, he stated she punched him in the face with her closed fist. The Carrier stated as she backed away he managed to exit the postal vehicle. He stated she again came towards him in an aggressive manner. The Carrier then reached for his dog spray and heard the woman say "If you spray me, I'll f**king kill you, I'm crazy". The Carrier then was able to make a call to Police. I note that all times material hereto, the Carrier victim was dressed in his US Postal Service Letter Carrier uniform and was inside the US Postal Service vehicle, holding US Mail, at the time of the attack. The Carrier stated the cabin area of the postal truck contained U.S. Mail and parcels and didn't know what else the offender could have referred to before the attack. I observed that the carrier sustained lacerations to the eyebrow, the bridge of his nose and the Carrier stated he suffered a chipped front tooth. A suspect was developed and later identified as DONNA ROSE ANGELO.

6. Postal Inspectors K. Henry and J. Wisneski were also present on the scene and with the Carrier. Inspector Henry asked the Carrier to sit in a Postal Inspection

Service Law Enforcement Vehicle, which had tinted windows, so that a visual identification of the suspect could be made. Additionally, I was with the witness, L.F., who was completing a sworn statement. At that moment, a woman emerged from 833 N. Ridge Drive, and walked out towards the street. From inside the car, the Carrier stated to Inspector Henry, that the person in view was the woman who attacked him. Additionally, outside, I asked the witness to view the woman. The witness also stated the same woman near the edge of the street was the person who attacked the Carrier.

7.     Lantana PD Officers, a Sheriff's Deputy and Postal Inspectors then approached the suspect, ANGELO. Officer Dipolito approached her and read a Miranda warning card to her. Upon completion the first warning, he asked if she understood. ANGELO denied understanding the first warning. Another Miranda warning was issued and ANGELO denied understanding anything Officer Dipolito was attempting to say. At that point, ANGELO attempted to flee and ANGELO was taken into custody. As I, along with a Sheriff's Deputy, attempted to safeguard and secure an open door where ANGELO resided and where she stated "Roger was in there hanging curtains." ANGELO was walked over to be placed into a Lantana Police Department patrol car by Officer Dipolito. Officer Dipolito stated at that moment, he heard her utter, "I didn't mean to hit the mailman".

8.     The Carrier, with the assistance of a Postal Official, was taken to be treated by medical personnel. The Carrier later reported back to the Post Office that he suffered a brain concussion.

9.     Based on the foregoing, your affiant has probable cause to believe that DONNA ROSE ANGELO did unlawfully commit this offense, in the Southern District of

Florida, in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b), that is, Assault Upon a Federal Officer or Employee Causing Bodily Injury.

FURTHER YOUR AFFIANT SAYETH NAUGHT

Johnny D. Niedzwiedzki, Postal Inspector
U.S. Postal Inspection Service

SWORN TO AND SUBSCRIBED BEFORE ME THIS 1st DAY OF OCTOBER, 2012, AT WEST PALM BEACH, FLORIDA.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**No. 12-8391-JMH**

**UNITED STATES OF AMERICA**

**vs.**

**DONNA ROSE ANGELO,**

**Defendant.**

______________________________/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? ______ Yes __X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: ______________________

JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
John.McMillan@usdoj.gov